JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**  Under Seal: Yes X  No ___  Judge Assigned: ___
City ___  Superseding Indictment ___  Criminal Number: ___
County/Parish  Fairfax  Same Defendant ___  New Defendant  X

Magistrate Judge Case Number  1:25-mj-26  Arraignment Date: ___
Search Warrant Case Number ___
R 20/R 40 from District of ___

Related Case Name and No: ___

Defendant Information:
**Juvenile -** Yes ___ No X  **FBI #**  xxxxx8HB9

**Defendant Name:** HATEM SALEM  Alias Name(s) ARAB, ARAB (AKA) / HAT, HAT (AKA) / HATEM, SALEM (AKA) / SALEM, HATEM S (AKA) / SALEM, HATEM SAYED (AKA)
**Address:** Shelton, Connecticut
**Employment:** ___
**Birth date** 1968  **SS#** 8359  **Sex** M  **Def Race** Unknown  Nationality American  Place of Birth Africa
**Height** 5'9"  **Weight** 215  **Hair** Bald  **Eyes** Brown  Scars/Tattoos ___
 **Interpreter:** X No ___ Yes  List language and/or dialect: ___  Automobile Description ___

Location Status:
Arrest Date ___
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody  ___ On Pretrial Release  X Not in Custody
X Arrest Warrant Requested  ___ Fugitive  ___ Summons Requested
___ Arrest Warrant Pending  ___ Detention Sought  ___ Bond

Defense Counsel Information:
Name: ___  ___ Court Appointed  Counsel conflicted out: ___
Address: ___  ___ Retained
Telephone: ___  ___ Public Defender  Federal Public Defender's Office conflicted out: ___

U.S. Attorney Information:
SAUSA  Lauren Hahn  Telephone No: 703-299-3700  Bar # ___

Complainant Agency, Address & Phone Number  or Person & Title:
Special Agent Volney Young, HSI

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 USC §§ 841(a)(1), (b)(1)(A)(viii), and 846 | Conspiracy to distribute 50 grams or more of methamphetamine | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

**Date:** 01/27/2025  Signature of SAUSA:  /s/ Lauren Hahn