**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MAGISTRATE JUDGE: **IVAN D. DAVIS**
DEPUTY CLERK: **TINA FITZGERALD**

| | |
|---|---|
| UNITED STATES OF AMERICA | HEARING: R5     CASE#: 25mj26 |
| -VS- | DATE: 2/19/25   TIME START: 2:18 p.m. |
| | TIME END: 2:25 p.m. |
| _____Hatem Salem_____ | RECORDER: FTR SYSTEM    REMOTE HEARING ( ) |

COUNSEL FOR THE UNITED STATES: Lauren Hahn

COUNSEL FOR THE DEFENDANT: Brittany Davidson

INTERPRETER: _____ LANGUAGE: _____

( x ) DEFT APPEARED    ( x ) W/COUNSEL    (   ) DUTY FPD PRESENT:_____

( x ) DEFT INFORMED OF RIGHTS, CHARGES, PENALTIES and/or violations

(   ) DUE PROCESS ACT-ORDER SIGNED BY JUDGE

(   ) COURT TO APPOINT COUNSEL (   ) FPD   (   ) CJA   (   ) R40 PURPOSES ONLY (   ) DEFT WILL RETAIN COUNSEL

(   ) GVT. CALLS WITNESS & ADDUCES EVIDENCE    (   ) AFFIDAVIT

(   ) EXHIBIT #_____ ADMITTED

(   ) PROBABLE CAUSE:    FOUND (   )    NOT FOUND (   )

(   ) PRELIMINARY HEARING WAIVED    (   ) FILED    (   ) ORALLY

(   ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(   ) DFT. ADMITS VIOLATION (   ) DFT. DENIES VIOLATION    (   ) COURT FINDS DFT. IN VIOLATION

**MINUTES: A Detention Hearing was held in the arresting district in Connecticut and Bond was DENIED per counsel- the Detention Order Pending Trial (see DE #7) will remain in effect in the Eastern District of Virginia.**

**( x ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS**
**(   ) DEFENDANT CONTINUED ON CONDITIONS OF    (   ) BOND    (   ) PROBATION    (   ) SUP. RELEASE**

**NEXT COURT APPEARANCE:__2/27/25_____at  2:00 p.m._____Before__Vaala_____**
(   ) DH ( x ) PH (   ) STATUS (   ) TRIAL (   ) JURY   (   ) PLEA (   ) SENT   (   ) PBV   (   ) SRV   (   ) R40 (   ) PTV