TYPE OF HEARING: __PH__
CASE NUMBER: __1:25-mj-26__
MAGISTRATE JUDGE: Lindsey R. Vaala
DATE: __2/27/2025__
TIME: __2:00pm__

EASTERN DISTRICT OF VIRGINIA          TAPE: FTR RECORDER

UNITED STATES OF AMERICA

VS.

__HATEM SALEM__

GOVT. ATTY: __LAUREN HAHN__

DEFT'S ATTY: __CADENCE MERTZ__

DUTY AFPD: _____

INTERPRETER/LANGUAGE _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. ( )

Gov't adduced evidence + rest. Affidavit entered into evidence as Gov't Exhibit #1. Court finds PC. Matter continued for further proceedings before Grand Jury.

BOND __Deft remanded to custody of the USMS.__

NEXT COURT APPEARANCE _____ TIME _____

In Court Time: __14 min.__
2:44 - 2:58